DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

28 JANUARY 2016

| 101P15-2 | State v. Christopher Anthony Clegg | 1. Def's *Pro Se* Motion for Beal [sic] of Particulars and Probable Cause Indictment | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for Clerk Discharge of Debtors | 2. Dismissed |
| 112A15 | Dana Marie Ribelin (fka Creel) v. Phillip Ray Creel | Plt's Motion for Leave to File Reply Brief | Denied **01/27/2016** |
| 113A15 | Patrick L. McCrory, et al. v. Philip E. Berger, et al. | Plt's PWC to Review Order of Superior Court of Wake County | Special Order |
| 132P11-8 | State v. Gregory Lynn Gordon | 1. Def's *Pro Se* Petition for *Writ of Mandamus* (COAP15-180) | 1. Denied |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion for Ex-Parte Petition for *Writ of Certiorari* | 3. Dismissed |
| 139PA13 | State v. Quintel Augustin, Tilmon Golphin, and Christina Walters (DEATH) | 1. Defs' Motion for Temporary Stay of the Mandate | 1. Denied **01/07/2016** |
| | | 2. Defs' Motion for Clarification | 2. Denied **01/07/2016** |
| | | 3. Defs' Motion for Leave to File Reply to Response to Clarification | 3. Allowed **01/07/2016** |
| | | | **Beasley, J., recused** |
| | | | **Ervin, J., recused** |
| 150P15-2 | State v. Quincy Lamar Hill | Def's *Pro Se* Motion for Re-Hearing | Dismissed **Beasley, J., recused** |
| 162P95-6 | State v. Isaac Jackson Stroud | Def's *Pro Se* Motion for a Redetermination of Its Order | Dismissed |
| 182P10-2 | State v. Charles R. *Goodson* | 1. Def's *Pro Se* Motion for PDR | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed **Ervin, J., recused** |
| 208P15 | The North Carolina State Bar v. Jerry R. Tillett, Attorney | Def's PDR Prior to a Determination of COA | Denied |